| | | |
|---|---|---|
| **HUNTSMAN INTERNATIONAL, L.L.C. AND RUBICON, L.L.C.** | * | **NO. 2022-CA-0777** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **PRAXAIR, INC.** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**HERMAN, J., CONCURS IN PART AND DISSENTS IN PART FOR THE REASONS ASSIGNED BY JUDGE DYSART**